UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>              Plaintiff,<br><br>       v.<br><br>CLAYBORNE WILLIAMS, et al.,<br><br>              Defendants. | No.  2:24-cv-1156 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

   Plaintiff is a California prisoner proceeding pro se with a civil action.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

   Plaintiff has requested leave to proceed in forma pauperis.  Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

   On September 28, 2021, in Harper v. CDCR, 2:21-cv-0130 KJM JDP, it was determined that plaintiff has "struck out" under 28 U.S.C. § 1915(g).  Judgement was entered in that case on November 12, 2021, and plaintiff did not appeal.

/////

1

There is no allegation by plaintiff in his complaint that he is under imminent danger of serious physical injury.

In light of the foregoing, the court will recommend that plaintiff's request for leave to proceed in forma pauperis be denied and that plaintiff be given 14 days within which to pay the $405 filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) be denied.

2. Plaintiff be granted fourteen days within which to pay the $405 filing fee for this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 23, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
harp1156.3k

2