UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>  Plaintiff,<br><br>  v.<br><br>CLAYBORNE WILLIAMS, et al.,<br><br>  Defendants. | No. 2:24-cv-1156-TLN-CKD<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. The time to file objections has passed, and Plaintiff has not filed any objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on May 24, 2024 (ECF No. 7), are ADOPTED IN FULL;
2. Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) is DENIED;
3. Plaintiff is granted fourteen (14) days to pay the $405 filing fee for this action and failure to do so may result in dismissal of this action; and
4. This matter is referred back to the magistrate judge for further pre-trial proceedings.

**Date:  July 22, 2024**

Troy L. Nunley
United States District Judge

2