UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>Plaintiff,<br><br>v.<br><br>CLAYBORNE WILLIAMS, et al.,<br><br>Defendants. | No. 2:24-cv-1156-TLN-CKD<br><br><br><br>**ORDER** |

    On July 23, 2024, the Court denied Plaintiff's Motion to Proceed In Forma Pauperis and ordered Plaintiff to pay the $405 filing fee within fourteen (14) days. (ECF No. 10.) The Court warned Plaintiff that failure to pay the filing fee may result in dismissal of this action. The time to pay the filling fee has passed, and Plaintiff has not paid the filing fee nor established good cause for not doing so. Instead, Plaintiff filed another motion to proceed in forma pauperis that does not address any of the previous deficiencies identified by the Court. (ECF No. 11.)

    For reasons stated in the findings and recommendation issued by the assigned magistrate judge on May 24, 2024 (ECF No. 7) and this Court's July 23, 2024 Order (ECF No. 10), the Court DENIES Plaintiff's second Motion to Proceed In Forma Pauperis. (ECF No. 11.) This action is DISMISSED. The Clerk of Court is directed to close this case.

Date: August 23, 2024

_____
Troy L. Nunley
United States District Judge

1